AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cabranes, Jose A | 2. Court or Organization<br><br>U.S. Court of Appeals - 2d Cir | 3. Date of Report<br><br>05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>141 Church Street<br>New Haven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See "Attachment A" hereto | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
FINANCIAL DISCLOSURE OFFICE
May 15 12 01 PM '06

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | University of Chicago Press (Royalites) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. See "Attachment B" hereo | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apartment, Santurce, Puerto Rico | | Rent | M | Q | | | | | |
| 2. Apartment, Santurce, Puerto Rico | | None | M | Q | | | | | |
| 3. Apartment, Santurce, Puerto Rico | | None | M | Q | | | | | |
| 4. Apartment, Santurce, Puerto Rico | | None | M | Q | | | | | |
| 5. Fidelity Asset Manager | B | Dividend | L | T | | | | | |
| 6. Fidelity Blue Chip Growth Fund (IRA) | | Dividend | K | T | | | | | |
| 7. Missouri Zero Coupon College Savings Bond | A | Interest | J | T | | | | | |
| 8. CT Higher Education Trust | | Dividend | K | T | | | | | |
| 9. CT Higher Education Trust | | Dividend | J | T | | | | | |
| 10. New Alliance Bank f/k/a New Haven Savings Account | A | Interest | K | T | | | | | |
| 11. Citizens Bank Checking Account | A | Interest | K | T | | | | | |
| 12. Citizens Bank Checking Account | A | Interest | J | T | | | | | |
| 13. Citizens Bank Checking Account | A | Interest | J | T | | | | | |
| 14. Citizens Bank Checking Account | A | Interest | J | T | | | | | |
| 15. Citizens Bank Money Market Account | A | Dividend | J | T | | | | | |
| 16. Federated Department Stores, f/k/a May Department Stores Co. | A | Dividend | J | T | | | | | |
| 17. Federated Department Stores, f/k/a May Department Stores Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

18.  TIAA-CREF Annuitty     B (1): D B(2): Annuity     C(1):   J C(2)   T

19.  See "Attachment C" hereto

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu_____                    Date _May 12, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 12, 2006

FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005

ATTACHMENT A

I.     Positions

Trustee of Columbia University, New York, NY

Trustee of the William Nelson Cromwell Foundation, New York, NY

Member of the Academic Advisory Committee of the Institute for Constitutional Studies, The
       George Washington University, Washington, DC

Attorney-in-fact for a relative, under a "Durable General Power of Attorney"
       executed May 16, 1988 and "protocolized" under the laws of the Commonwealth of Puerto
       Rico.


Note:  No income of any kind was derived from any of the "positions" or services or activities noted in this
       Attachment A.

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 12, 2006

FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005

ATTACHMENT B

IV.    Reimbursements - transportation, lodging, food, entertainment:

Source                              Description

1. Columbia University              Meals, and the cost of transportation and (where indicated) lodging, to and
   New York, NY                     from New York in connection with my duties as a Columbia trustee at each of
                                    the following meetings of the Board of Trustees or its committees in New
                                    York:

                                    March 4-5, 2005 (lodging also)
                                    June 4, 2005
                                    June 27, 2005
                                    September 30, 2005
                                    December 2-3, 2005

2. Columbia University              Transportation to and from Columbia University, New York, NY, and meal, to
   New York, NY                     judge moot court finals

                                    April 12, 2005

3. Boston College Law               Meals, lodging and cost of transportation to and from Boston College Law
   School                           School, Boston, MA, to judge moot court finals.
   Boston, MA

                                    April 20, 2005

4. University of Chicago            Meals, lodging and cost of transportation to and from the University of
   Law School                       Chicago Law School, Chicago, IL, to judge moot court finals.
   Chicago, IL

                                    May 3-5, 2005

5. William Nelson Cromwell          Meal and transportation to and from New York, NY, for the annual
   Foundation                       meeting of the William Nelson Cromwell Foundation.
   New York, NY

                                    November 8, 2005

-1-

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 12, 2006


FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005


ATTACHMENT C

VIII.  Additional information or explanations.  (Indicate part of Report).


VII, 2, 3, 4, 6, 8, 9:  Absent the ability to write "none" or "zero" on this computer form, no entry appears under B(1) for each of these entries, signifying that no "income" was obtained for these assets.

VII, 1:  No net income derived from apartment.


VII, 2, 3, 4:  I own what Puerto Rico law characterizes as an "undivided interest" of 25% of the title and the value of each of three apartments in Puerto Rico as a result of a testamentary disposition.  I have no beneficial interest in any rental arrangements for two of these apartments (VII, 3, 4) and I derive no income from them.  No income is derived by me or anyone else from the third apartment (VII, 2).

VII, 7:  Tax-free state bonds held in trust ██████████ redeemed as scheduled on 8/01/05.